# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:16-cv-06241-R-RAO |
| v. | |
| TERRENCE R. BURNETT | **NOTICE OF DEFICIENCY** |
| Defendant(s). | **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Terrence R. Burnett aka Terrence Burnett  for the following reason(s):

- _  No declaration as required by F.R.Civ.P 55(a)
- _  No proof of service/waiver of service on file
- _  The name of the person served does not exactly match the person named in complaint
- _  Proof of Service is lacking required information
- _  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _  Time to respond has not expired
- _  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- _  Request for Entry of Default has been forwarded to the assigned Judge
- _  Party dismissed from action on
- _  Case terminated on
- X  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X  Other: The Proof of Service of Summons does not indicate the statute under which service was made

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _  No Entry of Default on file
- _  No declaration as required by F.R.Civ.P 55(b)
- _  The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _  A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _  Amount sought is not for a sum certain or cannot be computed to a sum certain
- _  Attorney Fees sought not in compliance with Local Rule 55-3
- _  Amount sought for costs is incorrect
- _  Case terminated on
- _  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- _  Other:

CLERK, U.S. DISTRICT COURT

Date:  November 2, 2016          By:   /s/ *Grace Kami*
                                                Deputy Clerk
                                                grace_kami@cacd.uscourts.gov

CV-52B(09/12)         NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT