GOLDSMITH & HULL/File # C9916844
A Professional Corporation
William I. Goldsmith    SBN #82183
Michael L. Goldsmith    SBN #291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorney For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASENO. 2:16-CV-06241-R-RAO |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION TO FILE APPLICATION FOR WRIT OF CONTINUING GARNISHMENT UNDER SEAL |
| TERRENCE R. BURNETT AKA TERRENCE BURNETT, | |
| Defendant. | |

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff does hereby withdraw its Ex Parte Application to file Application for Writ of Continuing Garnishment Under Seal filed by this office on APRIL 10, 2017 as Document Number 29

Our office will be filing an updated Application on the Public Docket.

Dated:  September 26, 2017            GOLDSMITH & HULL, A P.C.


                                              /S/
                                      Michael L. Goldsmith
                                      Attorney For Plaintiff

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16933 Parthenia Street, Northridge, CA 91343

On the date set forth below I served the foregoing document described as NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION TO FILE APPLICATION FOR WRIT OF CONTINUING GARNISHMENT UNDER SEAL on the interested parties in this action, by placing a [ ] duplicate original(s)
[X] true copy(ies) thereof enclosed in a sealed envelope addressed [ ] as stated on the attached list [X] as follows:

TERRENCE   R. BURNETT AKA TERRENCE BURNETT,
*************** ****
CARSON, CA *****

[X] BY MAIL. [ ] I deposited such envelope, postage thereon fully prepaid, in the United States mail at Northridge, California.

[X] As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] BY PERSONAL SERVICE. I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] STATE. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

[X] FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on  September 26, 2017         at Northridge, California

            /S/ Sonia Molina
            Sonia Molina