GOLDSMITH & HULL/File #C9916844
William I. Goldsmith   (SBN 82183)
Michael L. Goldsmith   (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:   (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys For Judgment Creditor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CV-06241-R-RAO |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS |
| TERRENCE R. BURNETT AKA\ TERRENCE BURNETT | |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: October 25, 2017

MANUEL L. REAL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

2