NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    E-mail: louisa.kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORENZO ESPINOZA, <br><br> Defendant. | No. 8:18-cv-2068 <br><br> [2:04-cr-00263-PSG-1] <br><br> **WRIT OF CONTINUING GARNISHMENT** <br><br> [REALTY LINK] <br><br> [28 U.S.C. § 3205(c)(1)] |

TO GARNISHEE REALTY LINK:

The United States has filed an application for a Writ of Continuing Garnishment against the nonexempt disposable earnings of defendant-judgment debtor Lorenzo Espinoza, in the possession and control of Garnishee Realty Link. This Writ of Continuing Garnishment is an enforcement action by the United States against Lorenzo Espinoza in connection with the criminal judgment debt entered in *United States v. Lorenzo Espinoza*, 2:04-cr-00263-PSG-1 , by the United States District Court for the Central District of California.

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against the funds, assets, and/or property of defendant/judgment debtor Lorenzo Espinoza as to Realty Link.

(2) On July 18, 2016, the United States District Court for the Central District of California imposed as follows:
- Restitution: $534,263.67
- Special assessment: $425.00

(3) The balance of this criminal judgment debt is $474,543.99, calculated through November 19, 2018.

(4) The name(s) and address(es) of Garnishee(s) and/or Garnishee(s)'s authorized agent is/are:

> **Realty Link**
> **Attn: Kirkland Lazarus**
> **1210 Central Avenue**
> **Fullerton, California 92831**

(5) The address for plaintiff United States of America is:

> Office of the United States Attorney, Financial Litigation Section
> Suite 7516AA-Federal Building, 300 N. Los Angeles Street
> Los Angeles, California 90012

(6) Defendant's Social Security Number is: XXX-XX-4903. The last known address of Defendant is: Lorenzo Espinoza, Newport Coast, California.

(7) Counsel for plaintiff United States of America is:

> Louisa O. Kirakosian, Assistant United States Attorney
> Ste. 7516AA-Federal Building, 300 N. Los Angeles Street
> Los Angeles, California 90012

Pending further and final order from the Court, Realty Link is ordered to withhold and retain 25% of Lorenzo Espinoza's disposable earnings, beginning immediately until further order from the Court. 28 U.S.C. §3205(c)(2)(F); see also 15 U.S.C. §1673. Disposable earnings are calculated after deducting applicable federal, state, and local taxes from Lorenzo Espinoza's gross earnings in each pay period. 15 U.S.C. §1672(b).

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A) Whether the Garnishee has custody, control or possession of any property of Defendant [including but not limited to non-exempt disposable earnings];

(B) What is a description of the property and the value thereof;

(C) Whether the Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and

(D) Whether the Garnishee anticipates owing any debt to Defendant in the future, and whether the period for payment will be weekly or other specified period.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, California 90012. Additionally, Garnishee is required to serve a copy of the answer on Defendant Lorenzo Espinoza, and also on the attorney for plaintiff United States of America: Louisa O. Kirakosian, Assistant United States Attorney, Financial Litigation Section, Suite 7516AA, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO

APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is <u>continuing</u> in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: 11/29/18_____



CLERK, UNITED STATES DISTRICT COURT
By: DEPUTY CLERK